```
      FILED    ✓
      RECEIVED ___ COPY
         JUL 1 1 2003
      CLERK U S DISTRICT COURT
         DISTRICT OF ARIZONA
      BY_____
```

```
   ✓ FILED    ___ LODGED
   ___ RECEIVED ___ COPY
         AUG 1 4 2003
      CLERK U S DISTRICT COURT
         DISTRICT OF ARIZONA
      BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

DAVID MENKEN, )
 ) MC 03-35-PHX-FJM
 ) CASE NO. CV-N-96-0142-DWH
Plaintiff(s)/Petitioner(s), )
 )
 ) ORDER FOR ADMISSION OF
vs. ) ATTORNEY PRO HAC VICE
GERRY F. EMM; MAXINE C. EMM; )
COLDWELL BANKER/ITILDO, INC., )
a Nevada Corporation; MARSHA )
TOMERLIN; and JIM VALENTINE )
__Defendant(s)/Respondent(s)__)

Based upon the motion of __David John Morandi, Esq.__ for admission to practice pro hac vice in this action on behalf of __Coldwell Banker/Itildo, Inc. and Marsha Tomerlin__; and in accordance with Rule 1.5(b)(3) of the Rules of Practice of the United States District Court for the District of Arizona, IT IS HEREBY ORDERED that:

/✓/   the motion of attorney for admission to practice pro hac vice is granted.

/_/   the motion of attorney for admission to practice pro hac vice is denied and the admission fee ordered returned.

Dated this __13__ day of __Aug__, 2003.

_____
UNITED STATES DISTRICT/MAGISTRATE
JUDGE

(Rev. 5/02)