**ORIGINAL**

| | |
|---|---|
| 1 | DAVID J. MORANDI, ESQ., NSB #6423 |
| 2 | SCARPELLO, HUSS & OSHINSKI, 600 E. William Street, Suite 300 |
| 3 | Carson City, NV 89701-4051 (775) 882-4577 |

✗ LODGED
___ RECEIVED   ___ COPY
AUG 2 5 2003
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

✓ FILED   ___ LODGED
___ RECEIVED   ___ COPY
OCT 2 1 2003
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Attorneys for Defendants COLDWELL BANKER/ITILDO, INC., a Nevada Corporation; MARSHA L. TOMERLIN; and JIM VALENTINE

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE: _7A 7.9 (C)(2)_
(Rule Number/Section)

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| DAVID MENKEN,<br><br>            Plaintiff,<br><br>vs.<br><br>GERRY F. EMM; MAXINE C. EMM; COLDWELL BANKER/ITILDO, INC., a Nevada Corporation; MARSHA L. TOMERLIN; and JIM VALENTINE,<br><br>            Defendants.<br>_____/ | CASE NO. MC-03-35-PHX-FJM<br><br>**ORDER TO APPEAR FOR EXAMINATION** |

IT IS HEREBY ORDERED that Plaintiff DAVID MENKEN appear personally before this Court to furnish information to aid in enforcement of a money judgment against you at _1:30 p_.m. on the _17th_ day of _November_, 2003, in ~~Department~~ Courtroom _303_, of the United States District Court located at 401 W. Washington Street., _3rd Floor_ ~~Suite 130, SPC 1~~, Phoenix, Arizona, 85003-~~2118~~ _2120_, before Judge Mathis and on such further days as necessary to make discovery on oath concerning his property. Plaintiff David Menken is forbidden in the meantime from disposing of any property not exempt from execution. Plaintiff David Menken is hereby ordered to bring copies of the following:

1. Any and all documentation with respect to any real property, he possesses which shall include, but not be limited to, title documents, deeds, and mortgage information, including but not limited to, the real property commonly known as 30019 N. 150 Street., Scottsdale, Arizona, 85262;

2. Any and all documentation which shall include, but not be limited to, title and registration information for automobiles he owns or possesses, if any;

3. Any and all documentation which shall include, but not be limited to, contracts or agreements for life, home, auto, or business insurance that he possesses, controls or is a named beneficiary thereof, if any;

4. The bank and branch name, as well as account numbers of any checking or financial accounts that he may possess;

5. The name and principal place of business of any businesses in which he has a financial or controlling interest;

6. Any employment information, including but not limited to, employer's name and principal place of employment, if any;

7. His federal and Arizona income tax returns for 2001, 2002 and 2003;

8. The amount and location of any liens that he may have on any real or personal properties;

9. The name and number of stocks or bonds he owns, possesses, or controls, if any;

10. The bank and branch name, or physical address, containing any safety deposit boxes that he possesses;

11. The name and/or number of any patents, copyrights or trademarks that he possesses;

12. Any and all documentation, including but not limited to, trust instruments which name the trustor, trustee and any beneficiaries thereunder, by which he is a named trustor, trustee, and/or beneficiary;

13. Any and all documentation, including but not limited to the source or current location of any legacies or bequests of which he is a beneficiary, if any;

14. Any and all financial documentation, including but not limited to federal and state tax returns, earning statements, business inventory and indications of value for the businesses' good will and inventory for businesses he owns, possesses or has a financial interest in, if any; and

15. Any and all other real or personal property in his possession that is not subject to exemption from the enforcement of judgments.

This order may be served by a sheriff, marshal, or registered process server.

**NOTICE TO JUDGMENT DEBTOR. If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.**

ORDERED this 17th day of October, 2003.

VIRGINIA A. MATHIS
UNITED STATES MAGISTRATE JUDGE

///
///
///
///

3