IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DAVID MENKEN,<br><br>    Plaintiff,<br><br>Vs.<br><br>GERRY F. EMM; MAXINE C. EMM;<br>COLDWELL BANKER / ITILDO, INC; a<br>Nevada Corporation; MARSHA L.<br>TOMERLIN; and JIM VALENTINE<br><br>    Defendants. | NO MC-03-35-PHX-FJM<br><br>[~~PROPOSED~~] ORDER VACATING<br>EXAMINATION OF DAVID MENKEN |

Pursuant to Motion by Plaintiff, and good cause shown, IT IS ORDERED vacating the Examination of David Menken presently scheduled for January 12, 2004, at 10:00 a.m.

DONE IN OPEN COURT this 7th day of January, 2004.

_____
Virginia A. Mathis
United States Magistrate Judge