IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DAVID MENKEN, | No. MC-03-35-PHX-FJM |
| Plaintiff, | **ORDER** |
| vs. | |
| GERRY F. EMM, MAXINE C. EMM, COLDWELL BANKER/ITILDO, INC., a Nevada corporation, MARSHA L. TOMERLIN, and JIM VALENTINE, | |
| Defendants. | |

Pursuant to the parties' stipulation, IT IS ORDERED dismissing this action with prejudice as to defendant Jim Valentine each party to bear his own costs and attorney's fees.

DATED this 5 day of April, 2004.

Frederick J. Martone
United States District Judge

